UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| GREGORY and CARLA DREW, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. # 1:20-cv-736 (CMH/IDD) |
| ) | |
| C. T. IRBY, et al., ) | |
| ) | |
| Defendants. ) | |

UNCONTESTED MOTION FOR RELIEF FROM PROTECTIVE ORDER

Counsel for plaintiffs move for an order granting limited relief from the protective order entered in this case (ECF 31). The motion is unopposed. In support of this motion, counsel file herewith a memorandum and a proposed order endorsed on behalf of all interested counsel. Counsel waive a hearing on the motion.

Respectfully submitted,

GREGORY and CARLA DREW,

By counsel

Dated: June 2, 2021

Counsel for Plaintiffs:

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Nickera S. Rodriguez, #95952
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
703.684.1100 / Fax: 703.684.1104
vmg@robinhoodesq.com
nsr@robinhoodesq.com
DrewGrefCarla\PleadingsUncontestedMReliefPO

<u>Certificate of Service</u>

      I, Victor M. Glasberg, hereby certify that on this 2nd day of June 2021, I electronically filed the foregoing Uncontested Motion for Relief from Protective Order with the clerk of the court.

      <u>//s// Victor M. Glasberg</u>
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
703.684.1100 / Fax: 703.684.1104
vmg@robinhoodesq.com

Counsel for Plaintiff