```
             IN THE UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF VIRGINIA

                     ALEXANDRIA DIVISION

     - - - - - - - - - - - - x
  GREGORY and CARLA DREW,       :

          Plaintiffs,           :

    v.                          :   Case No.:  1:20-cv-736

  C.T. IRBY, et al.,            :

          Defendants.           :
     - - - - - - - - - - - - x


                Deposition of CARLA DREW

                   Conducted Virtually

                Tuesday, February 2, 2021

                      10:53 a.m. EST




  Job No.:  345927

  Pages:  1 - 175

  Reported By:  Catherine Galati
```



1   or any kind of commands or orders before the Taser
2   was actually used?
3       A   No, sir.
4       Q   What did you observe next?
5       A   Honestly, I didn't know what I was
6   observing.  I've never seen a Taser before.  I saw
7   him point something at my husband.  My husband
8   fell to the ground screaming.  Deputy Irby made a
9   call on his radio, and when he turned his head to
10  make that call, I called my neighbor.
11      Q   Okay.  Which neighbor?
12      A   Britt.
13      Q   Why did you call her?
14      A   Well, I actually was going to call 911
15  because my husband was on the ground being
16  electrocuted, but then I realized that 911 was at
17  my house, and so that wasn't an option.  So I
18  called my neighbor to come out and be a witness.
19  I don't know.  I just needed -- I needed help.
20      Q   And did you speak to Britt at that point?
21      A   No.  I hit send, and then I put the phone
22  down on my side while it was making the call.

```
 1   complaint before leaving the jail; am I correct?
 2          MR. FRANCUZENKO:  That's correct.
 3          MR. GLASBERG:  Okay, thank you.
 4      Q   Why not?  Why didn't you?
 5      A   I'm going to be honest.  I didn't trust a
 6   single person in that building at that point.
 7      Q   You said you're going to be honest.  I'm
 8   assuming you're being honest this entire time.
 9      A   That's a figure of speech.  But I did not
10   trust any of the processes or protocols.  At that
11   point in the evening, I was done.
12      Q   I tell my kids, when someone tells you
13   they're going to be honest about something, that
14   usually means they're about to tell you a lie.
15      A   No.
16      Q   I'm just kidding with you.
17          MR. GLASBERG:  That's only if you're a
18   politician, Alex.
19          MR. FRANCUZENKO:  Fair enough, fair
20   enough.
21      Q   We'll get back to that particular line in
22   a little bit.  So I'm going to go finish your
```